# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER: Circuit Rule 33

February 1, 2023

*By the Court*:

| | |
|---|---|
| No. 23-1135 | TRIBUNE MEDIA COMPANY, formerly known as TRIBUNE COMPANY & AFFILIATES,<br>    Petitioner - Appellee<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br>    Respondent - Appellant |
| No. 23-1136 | CHICAGO BASEBALL HOLDINGS, LLC, et al.,<br>    Petitioners - Appellees<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br>    Respondent - Appellant |
| **Originating Case Information:** | |
| District Court No: 20940-16<br>IRS (Tax Court) | |
| **Originating Case Information:** | |
| District Court No: 20941-16<br>IRS (Tax Court) | |

Pursuant to Circuit Rule 33, briefing in these appeals are **SUSPENDED** pending further court order.